UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL SERRATO CASTRO,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 5:26-cv-04012-DKW-KS<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, Reply, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge, dated October 8, 2026, Dkt. No. 14. No objections were filed, and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United State Magistrate Judge's Report and Recommendation, Dkt. No. 14, is accepted and adopted;
2. The Petition is granted;
3. Respondents are directed to immediately release Petitioner Victor Manuel Serrato Castro (A# 073-933-083);

4. Respondents are enjoined from re-detaining Petitioner without prior notice and a pre-deprivation hearing before a neutral decisionmaker;

5. Respondents are further directed to file a Notice of Compliance, notifying the Court that Petitioner has been released, consistent with the directions above, within three calendar days;

6. Respondents are directed to return all Petitioner's personal property and documents seized at the time of Petitioner's detention; and

7. Judgment will be concurrently entered accordingly.

DATED: October 14, 2026 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge