UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL SERRATO CASTRO,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | Case No. 5:26-cv-04012-DKW-KS<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation of U.S. Magistrate Judge, Dkt. No. 15,

JUDGMENT IS ENTERED in favor of Petitioner and against Respondents.

DATED: October 28, 2026 at Honolulu, Hawai'i.

Derrick K. Watson
Chief United States District Judge